UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-12614-RGS |
| ) | |
| $16,257.08 IN U.S. CURRENCY; ) | |
| $122.15 IN U.S. CURRENCY; AND ) | |
| ASSORTED JEWELRY ) | |
| Defendants. ) | |

## MOTION FOR ENTRY OF DEFAULT

The United States of America, by and through its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests that default be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Shawn R. Pelley ("Pelley") and all other persons claiming an interest in the defendant properties, described herein as:

- $16,257.08 in U.S. Currency ($140 of which was seized directly from Pelley, and the remaining $16,117.08 which was seized from the rented SUV that Pelley was driving);
- $122.15 in U.S. Currency;
- Silver or White Gold Gucci Watch (No. 0012056);
- Silver or White Gold Tiffany & Co. chain; and
- Silver or White Gold Cartier Bracelet (No. 750 19 L04701),

(collectively referred to as the "Defendant Properties"), for failure to file an answer or otherwise to defend, as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

In support of this application, the United States submits the attached Affidavit.

Dated:                                              Respectfully submitted,

                                                    UNITED STATES OF AMERICA
                                                    By its attorneys,

                                                    MICHAEL J. SULLIVAN
                                                    United States Attorney


                                            By:     _____
                                                    Jennifer H. Zacks
                                                    Assistant U.S. Attorney
                                                    1 Courthouse Way, Suite 9200
                                                    Boston, MA  02210
                                                    (617) 748-3100

SO ORDERED AND ALLOWED


_____
RICHARD G. STEARNS
United States District Judge

Date: _____


## CERTIFICATE OF SERVICE

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Entry of Default, as well as the Affidavit in Support of Motion for Entry of Default, was served upon Michael C. Andrews, Esquire as Counsel for Shawn Pelley, 21 Customs House, Boston, MA 02110, by first class mail, postage prepaid.

                                            _____
                                            Jennifer H. Zacks
                                            Assistant U.S. Attorney

N:\KWhitten\Default Motion.wpd

2