UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>$16,257.08 IN U.S. CURRENCY;<br>$122.15 IN U.S. CURRENCY; AND<br>ASSORTED JEWELRY<br>        Defendants. | Civil Action No. 03-12614-RGS |

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ENTRY OF DEFAULT**

I, Jennifer H. Zacks, state under oath as follows:

1. I am an Assistant United States Attorney. I represent the plaintiff, the United States of America, in this case. This is an action *in Rem* for forfeiture of the defendant properties, herein described a:

- $16,257.08 in U.S. Currency ($140 of which was seized directly from Pelley, and the remaining $16,117.08 which was seized from the rented SUV that Pelley was driving);
- $122.15 in U.S. Currency;
- Silver or White Gold Gucci Watch (No. 0012056);
- Silver or White Gold Tiffany & Co. chain; and
- Silver or White Gold Cartier Bracelet (No. 750 19 L04701),

(collectively referred to as the "Defendant Properties"). Accordingly, this action is governed by the procedures set forth in the Federal Rules of Civil Procedure and in Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims.

2. The Defendant Properties are subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and (D), as property, real or personal, which constitutes or is derived from proceeds traceable

to a violation of 18 U.S.C. §§ 1028 and/or 1029, and/or as property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, from a violation of 18 U.S.C. § 1343.

3.  The Verified Complaint for Forfeiture In Rem (the "Complaint") was filed in this United States District Court on or about December 30, 2003.

4.  This Court found probable cause that the Defendant Properties were subject to forfeiture to the United States, and issued a Warrant and Monition on or about January 7, 2004, directing the United States Marshals Service ("USMS") to give notice to all persons concerned that a Complaint in Rem had been filed, and to arrest and retain the Defendant Properties in its custody.

5.  Notice of the United States' Complaint was published, in accordance with the Warrant and Monition, in the Boston Herald newspaper on February 10, February 17, and February 24, 2004. A copy of the USMS Process Receipt and Return form and the published notice are attached as Exhibit A.

6.  A copy of the Verified Complaint and a certified copy of the Warrant and Monition were sent by certified mail to Shawn Pelley, McKean FCI, P.O. Box 5000, Bradford, PA 16701 on or about February 10, 2004, and via his attorney, Michael C. Andrews, Esquire, 21 Customs House, Boston, MA 02110. Copies of the USMS

Process Receipt and Return forms are attached as <u>Exhibits B and C</u> respectively. Shawn Pelley did not file either a verified claim or answer to the Complaint.

7. Under Supplemental Rule C(6), any person asserting an interest in the Defendant Properties is required to file a claim within thirty (30) days after process has been executed, and an answer within twenty (20) days after the filing of the claim.

8. To date, no claims to the Defendant Properties or answers to the Complaint have been filed and the time for filing such claims and answers has expired.

9. To the best of my knowledge, and upon information and belief, Shawn Pelley, nor anyone else with an interest in the Defendant Properties, is in the military service of the United States, is an infant, or is incompetent.[1]

Signed under the pains and penalties of perjury this 6th day of April, 2004.

                                                  _____
                                                  Jennifer H. Zacks
                                                  Assistant U.S. Attorney

N:\XWhitten\Affidavit in Support of (M) for Entry of Default.wpd

---

[1] In order to determine Shawn Pelley's military status, the United States searched the Department of Defense Manpower Data Center using Shawn Pelley's name and social security number.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 03-12614-RGS |
|---|---|
| DEFENDANT<br>$16,257.08 in U.S. Currency; $122.15 in U.S. Currency; and Assorted Jewelry | TYPE OF PROCESS **Complaint and Warrant & Monition** |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PUBLICATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice of Libel at least once for three (3) successive weeks in the BostonHerald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Verified Complaint and Warrant & Monition.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of: Jennifer H. Zacks (by L. Talbot)  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER (617) 748-3100
DATE January 29, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process No.  
District of Origin No. 38  
District to Serve No. 38  
Signature of Authorized USMS Deputy or Clerk  
Date 2/5/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 3/23/04   Time   am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: Advertised in the Boston Herald on Feb 10, Feb 17 and Feb 24, 2004.

GOVERNMENT EXHIBIT A

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☒ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT

U.S. Department of Justice
United States Marshals Service

## PUBLIC VOUCHER FOR ADVERTISING

**For Agency Use Only**

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE: United States Marshals Service
VOUCHER NUMBER:

PLACE VOUCHER PREPARED: Boston, MA
DATE PREPARED: 2/5/04
SCHEDULE NUMBER:

NAME OF PUBLICATION: Boston Herald
PAID BY:

NAME OF PUBLISHER OR REPRESENTATIVE: Legal Advertisement

ADDRESS (Street, room number, city, State, and ZIP code): One Herald Sq., Boston, MA

### CHARGES

| TYPEFACE | (size of type) POINT PER NUMBER OR LINES (Indicate ounted or space) | COST PER LINE (inch, square, word, or folio) | TOTAL COST |
|---|---|---|---|
| FIRST INSERTION | 136 | $ 3.49 | $ 474.64 |
| ADDITIONAL INSERTIONS GIVE NUMBER ▶ | 272 | 3.49 | 949.28 |
| TOTAL | 408 | 3.49 | $ 1423.92 |

NUMBER OR UNITS (Indicate ... COST PER LINE ... TOTAL COST

NOTICE OF LIBEL
Civil Case No. 03-12614-RGS
United States of America, District of Massachusetts, Boston, Massachusetts, January 7, 2004

Notice is hereby given that a Libel has been filed in the United States District Court against the following defendant property, pursuant to 18 U.S.C. sec. 981(a)(1)(C) and (D):

* $16,257.08 in U.S. Currency ($140. of which was seized directly from Pelley and the remaining $16,117.08 which was seized from the rented SUV that Pelley was driving);
* $122.15 in U.S. Currency;
* 5125056): 1 Silver or White Gold Gucci Watch (No. 001205); 1 Silver or White Gold Tiffany & Co. chain and 1 White Gold Cartier Bracelet Sligo (No. 750 19 L0401);

(collectively referred to as the "Defendant Properties").

All claims to said Defendant Properties must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims and answers must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules of Certain Admiralty and Maritime Claims, and answers must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for remission or mitigation are set forth in 28 Code of Federal Regulations, part 9. In addition to the procedures mandated by those regulations, a copy of the Petition for Remission or Mitigation should be filed with the seizing agency, which is the Federal Bureau of Investigation, 26 Federal Plaza, New York, New York 10278, Attention Asset Forfeiture Group.

Anthony Dichio
United States marshal
District of Massachusetts
Feb 10, 17, 24

This represents a due billing for the ... advertising order, with specifications and copy, which has been completed.

SIGNATURE OF PUBLISHER OR REPRESENTATIVE: [signature] Madeleine W Sheehan
TITLE: Legal Ad Rep
DATE:

### FOR AGENCY USE ONLY

ADVERTISEMENT PUBLISHED IN:
DATE PUBLISHED:

I certify that the advertisement described above appeared in the named publication and that this account is correct and eligible for payment.

SIGNATURE AND TITLE OF CERTIFYING OFFICER:
DATE:

SIGNATURE AND TITLE OF AUTHORIZING OFFICER:
DATE:

ACCOUNTING CLASSIFICATION: CA-03-12614
PAID BY CHECK NUMBER:

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 03-12614-RGS |
|---|---|
| DEFENDANT<br>$16,257.08 in U.S. Currency; $122.15 in U.S. Currency; and Assorted Jewelry | TYPE OF PROCESS   Complaint<br>and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Shawn Pelley, #11920-112

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

McKean FCI, P.O. Box 5000, Bradford, PA 16701

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Verified Complaint and Warrant & Monition upon the above-referenced individual by certified mail, return receipt requested.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of:
Jennifer H. Zacks (by L. Talbot)
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100

DATE: January 29, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process No.

District of Origin No. 38

District to Serve No. 38

Signature of Authorized USMS Deputy or Clerk

Date 2/5/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/17/04   Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

REMARKS:
2/6/04  # 7002 0510 0004 3542 7273
2/10/04 Delivery date

GOVERNMENT EXHIBIT B

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD  ☒ NOTICE OF SERVICE  ☐ BILLING STATEMENT  ☐ ACKNOWLEDGMENT OF RECEIPT

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>D. Pracuip   5/10 |
| 1. Article Addressed to:<br><br>SHAWN PELLEY, #11920-112<br>McKEAN FCI, PO BOX 5000<br>BRADFORD, PA 16701 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0510 0004 3542 7273 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-0835 |

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 03-12614-RGS |
|---|---|
| DEFENDANT<br>$16,257.08 in U.S. Currency; $122.15 in U.S. Currency; and Assorted Jewelry | TYPE OF PROCESS  Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Shawn Pelley, c/o Michael C. Andrews, Esquire

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

21 Customs House, Boston, MA 02110

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Verified Complaint and Warrant & Monition upon the above-referenced individual by certified mail, return receipt requested.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of:
*Jennifer H. Zacks (by L. Talbot)*  ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: January 29, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 
District of Origin: No. 35
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 2/5/04

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Date of Service: 2/17/04

REMARKS: 2/6/04  #7002 0510 0004 3542 7280
Delivered - No date

GOVERNMENT EXHIBIT C

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☒ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>SHAWN PELLEY<br>c/o MICHAEL C. ANDREWS, ESQ.<br>21 CUSTOMS HOUSE<br>BOSTON, MA 02110 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service lat:   7002 0510 0004 3542 7280 | |

PS Form 3811, August 2001          Domestic Return Receipt                    102595-02-M-0835