UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__USA__
Plaintiff

v.

__$164,257.08 US__   Civil Action
__Currency__   No. __03 12614 RGS__
Defendant

NOTICE OF DEFAULT

Upon application of the Plaintiff, __USA__ for an order of Default for failure of the Defendant, __US Currency__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this ___ day of __April__, __2004__.

_____
Clerk
_____
Deputy Clerk

Notice mailed to:
All counsel of record