UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-12614-RGS |
| ) | |
| $16,257.08 IN U.S. CURRENCY; ) | |
| $122.15 IN U.S. CURRENCY; and ) | |
| ASSORTED JEWELRY, ) | |
| Defendants. ) | |

### MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE

The United States of America, by its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for entry of a Final Judgment and Order of Forfeiture, forfeiting the defendant properties, seized from Shawn R. Pelley ("Pelley"), on the night of his arrest in New York City, New York, on or about August 17, 2002, and more particularly described as:

- $16,257.08 in U.S. Currency ($140 of which was seized directly from Pelley, and the remaining $16,117.08 which was seized from the rented SUV that Pelley was driving);
- $122.15 in U.S. Currency;
- Silver or White Gold Gucci Watch (No. 0012056);
- Silver or White Gold Tiffany & Co. chain; and
- Silver or White Gold Cartier Bracelet (No. 750 19 L04701),

(collectively referred to as the "Defendant Properties").

In support of this Motion, the Government states that on April 6, 2004, it filed a Motion for Entry of Default against the claimant in this action, and on April 13, 2004, this Court granted the Motion for Entry of Default. A copy of the Notice of Default is attached hereto as Exhibit A. The Notice was entered

against Shawn R. Pelley, and all other persons claiming an interest in the Defendant Properties, for their failure to answer or otherwise defend in this action. No other claims have been filed, and the time to do so has expired.

WHEREFORE, the United States of America requests that this Court enter a Final Judgment and Order of Forfeiture, forfeiting the Defendant Properties. A proposed Order is attached.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jennifer H. Zacks
Jennifer H. Zacks
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: 4/28/04

N:\LTalbot\Zacks\Shawn Pelley\Motion for Final Judgment & Order of Forfeiture.wpd

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA
_____
Plaintiff

v.

$161,257.08 US Currency
_____
Defendant

Civil Action No. 03 12614 RGS

NOTICE OF DEFAULT

Upon application of the Plaintiff, **USA** for an order of Default for failure of the Defendant, **US Currency**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **13th** day of **April**, **2004**.

TONY ANASTAS
Clerk

Elaine Flaherty
Deputy Clerk

Notice mailed to:

GOVERNMENT EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>$16,257.08 IN U.S. CURRENCY;<br>$122.15 IN U.S. CURRENCY; and<br>ASSORTED JEWELRY,<br>        Defendants. | Civil Action No. 03-12614-RGS |

### FINAL JUDGMENT AND ORDER OF FORFEITURE

This Court having allowed plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2. That the defendant properties, seized from Shawn R. Pelley ("Pelley"), on the night of his arrest in New York City, New York, on or about August 17, 2002, and more particularly described as:

   - $16,257.08 in U.S. Currency ($140 of which was seized directly from Pelley, and the remaining $16,117.08 which was seized from the rented SUV that Pelley was driving);
   - $122.15 in U.S. Currency;
   - Silver or White Gold Gucci Watch (No. 0012056);
   - Silver or White Gold Tiffany & Co. chain; and
   - Silver or White Gold Cartier Bracelet (No. 750 19 L04701),

(collectively referred to as the "Defendant Properties"), are hereby forfeited to the United States of America pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and (D);

3. That any claim of interest of Shawn R. Pelley, and any

other parties claiming any right, title, or interest in or to the Defendant Properties, is hereby held in default and dismissed, having been defaulted on April 13, 2004;

4. That the United States of America, through the United States Marshals Service, shall retain the Defendant Properties in its secure custody and control, and shall dispose of them in accordance with law;

5. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.


APPROVED AND SO ORDERED:


_____
RICHARD G. STEARNS
United States District Judge


Date:_____, 2004


N:\LTalbot\Zacks\Shawn Pelley\Final Judgment & Order of Forfeiture.wpd



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Telephone: (617) 748-3100*

Jennifer H. Zacks, Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

April 28, 2004

Mary Johnson
Clerk to the Honorable
Richard G. Stearns
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: United States of America v. $16,257.08 in United States Currency; $122.15 in United States Currency; and Assorted Jewelry
Civil Action No. 03-12614-RGS

Dear Ms. Johnson:

Enclosed please find the United States' Motion for Final Judgment and Order of Forfeiture and proposed Final Judgment and Order of Forfeiture in connection with the above-referenced civil action.

Thank you for bringing this matter to the attention of the Court.

Very truly yours,

Jennifer H. Zacks
Assistant U.S. Attorney

SDW/ljt
Enclosures

cc: Michael C. Andrews, Esquire