UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
        Plaintiff, )
         )
v. ) Civil Action No. 03-12614-RGS
         )
$16,257.08 IN U.S. CURRENCY; )
$122.15 IN U.S. CURRENCY; and )
ASSORTED JEWELRY, )
        Defendants. )

## FINAL JUDGMENT AND ORDER OF FORFEITURE

This Court having allowed plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2. That the defendant properties, seized from Shawn R. Pelley ("Pelley"), on the night of his arrest in New York City, New York, on or about August 17, 2002, and more particularly described as:

- $16,257.08 in U.S. Currency ($140 of which was seized directly from Pelley, and the remaining $16,117.08 which was seized from the rented SUV that Pelley was driving);
- $122.15 in U.S. Currency;
- Silver or White Gold Gucci Watch (No. 0012056);
- Silver or White Gold Tiffany & Co. chain; and
- Silver or White Gold Cartier Bracelet (No. 750 19 L04701),

(collectively referred to as the "Defendant Properties"), are hereby forfeited to the United States of America pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and (D);

3. That any claim of interest of Shawn R. Pelley, and any

other parties claiming any right, title, or interest in or to the Defendant Properties, is hereby held in default and dismissed, having been defaulted on April 13, 2004;

4. That the United States of America, through the United States Marshals Service, shall retain the Defendant Properties in its secure custody and control, and shall dispose of them in accordance with law;

5. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

*[signature]*
RICHARD G. STEARNS
United States District Judge

Date: May 11, 2004

N:\LTalbot\Zacks\Shawn Pelley\Final Judgment & Order of Forfeiture.wpd